STATE v. HARRIS

No. 7P97

Case below: Nash County Superior Court

Petition by defendant for writ of supersedeas and temporary stay denied 6 January 1997. Petition by defendant for writ of certiorari to review the order of the Superior Court, Nash County denied 6 January 1997.

STATE v. HASTY

No. 457P96

Case below: 124 N.C.App. 230

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

STATE v. HENDRICKSON

No. 492PA96

Case below: 124 N.C.App. 150

Notice of appeal by defendant (substantial constitutional question) retained 7 February 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1997.

STATE v. HOLLOWAY

No. 501P96

Case below: 124 N.C.App. 667

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 February 1997.

STATE v. JOHNSON

No. 473P96

Case below: 124 N.C.App. 460

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.